1
2
3
4
5
6
7

O

8                         UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )
12              Plaintiff,           )   SA 09-81M
                                     )
13      v.                           )   ORDER OF DETENTION AFTER HEARING
                                     )        (18 U.S.C. § 3142(i))
14  JUAN CARLOS MANZO MARES,         )
                                     )
15              Defendant.           )
                                     )
16  _____)

17                                        I.

18   A. ( ) On motion of the Government involving an alleged

19      1. ( ) crime of violence;

20      2. ( ) offense with maximum sentence of life imprisonment or death;

21      3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22          (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23      4. ( ) felony - defendant convicted of two or more prior offenses described above.

24   B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25      1. ( X)    serious risk defendant will flee;

26      2. ( ) serious risk defendant will

27          a. ( ) obstruct or attempt to obstruct justice;

28          b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1                                        II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A. ( X )    appearance of defendant as required; and/or

4    B. ( ) safety of any person or the community;

5                                        III.

6    The Court has considered:

7    A. ( x) the nature and circumstances of the offense;

8    B. (x) the weight of evidence against the defendant;

9    C. (x) the history and characteristics of the defendant;

10   D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                       IV.

12   The Court concludes:

13   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

15   B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16          **Defendant is undocumented.  He has no ties to the community and no bail**
17          **resources.**

19   C. ( ) A serious risk exists that defendant will:

20          1. ( )   obstruct  or  attempt to obstruct  justice;

21          2. ( )   threaten, injure or intimidate a witness/ juror; because:

23   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption
24          provided in 18 U.S.C. § 3142 (e).

25   ///
26   ///
27   ///
28   ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                      - 2 -                              Page 2 of 3

1  IT IS ORDERED that defendant be detained prior to trial.

2  IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

8  Dated: February 24, 2009

_____
Marc L. Goldman
U.S. Magistrate Judge